## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**FATHER CARLOS MARTINS,**

     Plaintiff,

**v.**

**JESUS O. ROMERO JR.,**
**KYLE E. CLEMENT, and**
**CATHOLIC RESOURCE CENTER, INC.**

     Defendants.

**Case No.**

Hon.

---

## COMPLAINT WITH JURY DEMAND

---

Plaintiff Father Carlos Martins ("Fr. Martins" or "Plaintiff"), by and through undersigned counsel, for his Complaint against Defendants Jesus O. Romero Jr. ("Romero"), Kyle E. Clement ("Clement"), and Catholic Resource Center, Inc. ("CRC"), (collectively, the "Defendants"), states as follows:

### NATURE OF THE ACTION

1.    This is a defamation and false light action stemming from false and misleading statements published on the Jesus 911 podcast on the November 20th, November 27th, and December 4th, 2024 episodes.

2.    The Defendants intentionally or recklessly invited public critique and scrutiny over Plaintiff's title as an exorcist by repeatedly asserting that the Plaintiff is not an exorcist. The Defendants' statements have perpetuated a narrative that undermines the Plaintiff's credibility.

3.     The Defendants have also acted with actual malice by broadcasting false statements about Fr. Martins. Despite possessing evidence to the contrary, the Defendants intentionally or recklessly repeatedly uttered that Fr. Martins is not an exorcist.

4.     The Plaintiff has suffered significant injury to his personal and professional reputation due to the Defendants' lies.

## PARTIES, JURISDICTION, AND VENUE

### A.     FATHER CARLOS MARTINS

5.     Fr. Martins is a natural person residing in Wayne County, Michigan with a mailing address at 17330 Quincy Street, Detroit, Michigan 48221.

6.     For diversity jurisdiction purposes, Fr. Martins is a citizen of the State of Michigan.

7.     Plaintiff is, and at all relevant times was, a public figure within the meaning of defamation law. Fr. Martins is a well-known priest of the Catholic Church and has built a large social media following due to his work as an exorcist.

8.     As a priest and exorcist, Fr. Martins is bound by confidentiality and is unable to disclose specific details about exorcisms he has performed.

9.     Prior to the statements made in the November 20th, November 27th, and December 4th Jesus 911 podcast episodes, Fr. Martins had a great reputation as a religious figure. Fr. Martins was well respected by his peers and beyond his religious community. Fr. Martins also had a renowned media presence with The Exorcist Files podcast and published book.

**B.     JESUS O. ROMERO JR.**

10.     Romero is a natural person residing in Maricopa County, Arizona with a mailing address at 19272 E. Walnut Rd., Queen Creek, Arizona 85142.

11.     For diversity purposes, Romero is a citizen of the State of Arizona.

12.     Upon best knowledge and belief, Romero is not an ordained priest, nor does he hold an official religious title with the Catholic Church.

**C.     KYLE E. CLEMENT**

13.     Clement is a natural person residing in Fremont County, Wyoming with a mailing address at 26 Starmount Dr., Lander, Wyoming 82520.

14.     For diversity purposes, Clement is a citizen of the State of Wyoming.

15.     Upon best knowledge and belief, Clement is not an ordained priest, nor does he hold an official religious title with the Catholic Church.

**D.     CATHOLIC RESOURCE CENTER, INC.**

16.     Catholic Resource Center, Inc. ("CRC") is a 501(c)(3) religious nonprofit corporation organized under the laws of the State of California. CRC's principal place of business is located in Los Angeles County, California at 126 S. 5th Ave., Covina, California 91723.

17.     For diversity purposes, CRC is a citizen of California.

18.     Terry Barber is CRC's registered agent, with a mailing address located in Los Angeles County, California at 2362 Cameron Ave., Covina,

California 91724.

19.     CRC owns and operates Virgin Most Powerful Radio ("VMPR"). CRC has filed a "doing business as designation" for VMPR in California. It broadcasts its message on the Internet and across the airwaves nationwide. VMPR is a Catholic-based religious Internet podcast and radio network that strives to broadcast Catholic-based programming 24/7.

20.     VMPR broadcasts the Jesus 911 Catholic radio show. The current hosts of Jesus 911 are Romero, or "Jesse Romero," Eddie Chavez, and Ruben Nava. Jesus 911 publishes podcast episodes multiple times a week on VMPR, and other major streaming platforms such as Spotify and Apple Music. It also broadcasts over the airwaves, including radio stations in Michigan.

## E.     JURISDICTION AND VENUE

21.     Fr. Martins is a citizen of the State of Michigan. Fr. Martins resides and is domiciled in Wayne County, Michigan, located in the Eastern District of the United States District Court of Michigan.

22.     Romero is a citizen of the State of Arizona. Mr. Romero resides and is domiciled in Maricopa County, Arizona.

23.     Clement is a citizen of the State of Wyoming. Mr. Clement resides and is domiciled in Fremont County, Wyoming.

24.     CRC is incorporated under the laws of the State of California. CRC is domiciled in Los Angeles County, California.

25.     CRC owns VMPR, which produces and broadcasts approximately seven religious radio shows, including Jesus 911. VMPR promotes its platform by "sharing the Gospel with Clarity and Charity" and does so through providing livestreams of its shows on the Internet and through affiliate or license agreements with radio stations across the country.

26.     Notably, VMPR lists Holy Family Radio as an active affiliate that broadcasts the Jesus 911 podcast on Michigan radio waves. Jesus 911 can be heard on Monday, Tuesday, Wednesday, Friday, and Saturday on Michigan radio waves in at least three cities. Jesus 911 can be heard on WSPB FM 89.7 in Battle Creek, Michigan; WVAV FM 91.5 in Kalamazoo, Michigan; and W252DT FM 98.3, WVHF AM 1140 in Grand Rapids, Michigan.[1]

27.     The Jesus 911 podcast also livestreams its episodes on Facebook and the VMPR website. After the livestream, the podcast episodes are archived and available for viewers and listeners on major platforms like Spotify and Apple music.

28.     Romero is the main host of the Jesus 911 podcast and has appeared in and recorded Jesus 911 approximately five to six days a week since September 4, 2024, the podcast's first published episode. Romero frequently travels to states across the country to speak at churches, religious

---

[1]*Affiliates*, Virgin Most Powerful Radio. https://virginmostpowerfulradio.org/affiliates-aa. Last visited 11/13/2025.

conferences, and retreats. Romero's travels have taken him throughout the State of Michigan multiple times in the last six years to spread his Catholic testimony.

29.     On or about August 3, 2019, Romero traveled to Detroit, Michigan to speak at the Church Militant Strength & Honor Men's Conference.[2]

30.     On or about August 8, 2021, Romero traveled to Ferndale, Michigan for the Church Militant Strength & Honor Men's Retreat/Conference.[3]

31.     On or about October 16, 2021, Romero traveled to Southfield, Michigan to speak at the 3rd Annual ECRC Genesis Chaldean Catholic Men's Conference held at Mother of God Chaldean Church.[4]

32.     On or about August 5, 2023, Romero traveled to Madison Heights, Michigan to speak at a 2023 Church Militant's Men's Retreat & Conference.[5]

---

[2] *Strength & Honor Men's Conference*, Jesse Romero. https://jesseromero.com/calendar/2019-08-03/strength-honor-mens-conference. Last visited 11/13/2025.
[3] *Church Militant Strength & Honor Men's Retreat/Conference*, Jesse Romero. https://jesseromero.com/calendar/2021-08-08/church-militant-strength-honor-mens-retreatconference. Last visited 11/13/2025.
[4] *Genesis Men's Conference*, Jesse Romero. https://jesseromero.com/calendar/2021-10-16/genesis-mens-conference. Last visited 11/13/2025.
[5] *2023 Men's Retreat & Conference*, Jesse Romero.

33.     On or about September 2, 2023, Romero traveled to Kalamazoo, Michigan to speak at the Second Annual Conference of the Servants of Mary.[6]

34.     Romero has listeners in Michigan who call upon him for spiritual advice about Michigan residents. In a blog postdated May 7, 2020, a viewer who met Romero at the Strength & Honor Conference in Detroit, Michigan and "ha[s] watched lots of [Romero's] content online," asked Romero for spiritual advice about a family member living in Northern Michigan. Romero published this question and his public response with advice to the listener.[7]

35.     Clement is a prominent and consistent guest commentator on the Jesus 911 podcast. Clement frequently travels to states across the country with the organization Liber Christo.

36.     In response to the particular broadcasts at issue in this matter, multiple Michigan priests contacted Fr. Martins regarding the Defendants' statements.

37.     Worse, at least one priest advised Fr. Martins that multiple people in his parish were scandalized by the podcasts and asked if Fr.

---

https://jesseromero.com/calendar/2023-08-05/2023-mens-retreat-conference. Last visited 11/13/2025.

[6] *Second Annual Conference of the Servants of Mary*, Jesse Romero. https://jesseromero.com/calendar/2023-09-02/second-annual-conference-servants-mary. Last visited 11/13/2025.

[7] *Are You Diabolically Afflicted?* Jesse Romero. https://jesseromero.com/blog/are-you-diabolically-afflicted. Last visited 11/13/2025.

Martins was a fraud.

38.     This Court has specific jurisdiction over the Defendants pursuant to MCL § 600.715(1) and (2) and due process requirements of the Fourteenth Amendment of the United States Constitution. As alleged below, the Defendants have purposefully availed themselves of the privilege of acting in Michigan. The causes of action below establish that the Defendants have caused consequences within the State of Michigan by asserting false and misleading statements about the Plaintiff, a Michigan resident. The content of the Defendants' statements have caused the Plaintiff to sustain reputational harm in Michigan.

39.     CRC, through VMPR, has purposefully availed itself of the privilege of conducting activities in Michigan. The Jesus 911 podcast is licensed to broadcast on Michigan airways. Romero is the host, and Clement is a prominent and reoccurring guest. Both consistently reach Michigan radio airways five days a week for Michigan residents to listen. Michigan residents can also listen live and rewatch episodes by visiting the VMPR website or on major streaming applications.

40.     By licensing a podcast to Michigan radio stations that broadcasts defamatory comments about a Michigan resident on Michigan radio stations, CRS has caused consequences within the State of Michigan such

that it can reasonably anticipate being subjected to personal jurisdiction in Michigan courts. Likewise, Romero and Clement have spread false and defamatory statements about a Michigan resident to Michigan residents while broadcasting over the Internet, and Michigan radio waves. The Defendants have established sufficient minimum contacts with Michigan to make the exercise of personal jurisdiction over the Defendants fair and reasonable.

41.     Venue is proper in the Eastern District pursuant to MCL § 600.1629(1)(a) because the Defendants are subject to personal jurisdiction in this District. The Eastern District is also where the injury occurred as Fr. Martins, multiple priests and parishioners were in the Eastern District when they heard the defamatory statements.

## DETAILED FACTUAL BACKGROUND

**F.    BACKGROUND**

42.     Fr. Martins is a well-known priest of the Catholic Church and has built a large social media following due to his work as an exorcist.

43.     The Exorcist Files is a podcast co-created and co-hosted by Ryan Bethea and Fr. Martins. As co-host of The Exorcist Files, Fr. Martins recounts many years' worth of real-life stories where Fr. Martins has helped "set people free all over the world."[8]

---

[8] The Exorcist Files. https://www.exorcistfiles.tv/about. Last visited 11/13/2025.

44.     The Exorcist Files podcast aired its first episode on January 25, 2023, and currently streams on large podcast platforms such as Spotify and Apple Music.

45.     Due to the popularity of the podcast, Fr. Martins published a book, also titled The Exorcist Files, where he provides a comprehensive view of the 2,000-year-old Catholic ministry of exorcism, examining spiritual dangers lurking in modern society, to help readers understand how to remain free from their influence and control. The Exorcist Files book was published on November 19, 2024, and its release was widely anticipated.

46.     Upon information and belief, the Defendants had identified Fr. Martins as a competitor in the popular niche of exorcism themed television, radio, podcast, and books. They timed the release of their podcasts to destroy Fr. Martin's reputation and to diminish the sales of Fr. Martins' book. The Defendants were aware of the publication date and timed their defamatory podcasts, heard across the United States, to coincide with the release of The Exorcist Files.

47.     Romero, Eddie Chavez, and Ruben Nava host the Jesus 911 podcast. Clement is a prominent and reoccurring guest on the podcast who provided commentary on the November 20th, November 27th, and December 4th episodes of the Jesus 911 podcast, alongside Romero.

48.     Across platforms, Jesus 911 advertises its program as "[t]hree ex-cops on fire with the Catholic Faith: Jesse Romero, Eddie Chavez and Ruben Nava share true stories of spiritual warfare from the streets of L.A. Join the SOUL PATROL as they take on the world, the flesh and the devil

with 'just the facts!'"[9]

49.    Romero, Clement, and VMPR are affiliated with Liber Christo, an organization that follows the teachings of Father Chad Ripperger ("Fr. Ripperger"), a well-known Catholic priest and exorcist. According to the National Catholic Register, Clement is described as Fr. Ripperger's "long-time assistant" who helped Fr. Ripperger develop Liber Christo.[10]

## G.    NOVEMBER 20, 2024 PODCAST EPISODE

50.    On November 20, 2024, Jesus 911 published an episode of the podcast titled "Three Models of Healing, Deliverance, and Exorcism" ("November 20th Episode"). In this episode, Romero and Clement discuss what they see as different exorcist models used by Catholic priests.

51.    At or around the 18:58 minute mark, Clement asserted that he has "knowledge of just about every practicing exorcist and mandated exorcist in the United States, including those private and not known." This unsubstantiated and misleading generalization—that Clement has knowledge of each exorcist in all 197 dioceses in the United States—is used to later undermine the credibility of Fr. Martins.

52.    At or around the 41:39 mark of the November 20th Episode, Romero and Clement made factual statements concerning Fr. Martins'

---

[9] Jesus 911, Virgin Most Powerful Radio. https://virginmostpowerfulradio.org/category/jesus-911/. Last visited 11/13/2025.
[10] *Finding True Freedom and Healing Through Liber Christo*, National Catholic Register. https://www.ncregister.com/blog/evinger-liber-christo. Last Visited 11/13/2024.

profession and work as an exorcist that were false, misleading, and defamatory.

53.    Clement asserted that Fr. Martins "is not who he says he is," which implies undisclosed facts that would prove Fr. Martins is a fraud. A few moments later, Clement added "[t]he problem that I've got with Father Carlos Martins, is he's opining and talking about things of which he does not know." Again, Clement implies undisclosed facts that prove Fr. Martins is a liar. This factual statement is false and defamatory as Fr. Martins has functioned as an exorcist and has both the knowledge and experience to perform and speak on exorcism.

54.    Following these initial falsehoods, Romero and Clement directly question Fr. Martins' work experience as an exorcist, critiquing Fr. Martins' travels across the United States to perform exorcisms, with permission from the local diocese. There is nothing improper or out of the ordinary about this practice.

55.    At or around the 44:50 minute mark, Clement asserted the following false statement about Fr. Martins: "[b]ut essentially, when you look at his order and the members of his order, several of these priests are engaged, everything from survivalists, last prepper videos, telling you how to survive the end times or the three days of darkness, to others who are engaging in all kinds of stuff. Nowhere in their constitutions does it say exorcism."

56.    Fr. Martins is a part of the Companions of the Cross, and while their constitutions do not mention its members having the ability or skills to

perform exorcisms, which is not a requirement for Fr. Martins—or any priest—to be an exorcist. Clement knows this.

57.     Clement used his self-proclaimed knowledge of every exorcist in the United States to depict Fr. Martins as a fraud and harm his reputation.

## H.     NOVEMBER 27, 2024 PODCAST EPISODE

58.     On November 27, 2024, Jesus 911 published an episode of the podcast titled "What Is the American Model of Exorcism?" ("November 27th Episode"). In this episode, Romero and Clement continue their discussion from the November 20th Episode on exorcisms.

59.     At or around the 8:31 minute mark, Romero praised Clement's position in Liber Christo and Clement's teachings at the Pope Leo XIII Institute, a private non-profit organization recognized for the "total education and training of priests in the holy ministry of exorcism and deliverance."[11] Romero, on behalf of Clement, asserted that the field of exorcism is small and Clement knows, and has access to, every exorcist in every diocese worldwide. There are more than 3,000 dioceses worldwide. This characterization bolsters Clement's credibility as a set up for him to then criticize and undermine Fr. Martins' credibility and experience as an exorcist.

60.     At or around the 9:14 minute mark, Romero calls himself "a clearinghouse" and a "source of truth" when it comes to prominent Catholic figures, claiming many listeners have asked for information on Fr. Martins.

---

[11] Pope Leo XIII Institute. https://popeleo13institute.org/. Last visited 11/13/2025.

61.     At or around the 9:51 minute mark, Romero feigned ignorance regarding who Fr. Martins is, even though he interviewed Fr. Martins on another radio show on June 29, 2023. Romero also previously solicited Fr. Martins' expertise for an article. Despite knowing Fr. Martins and previously acknowledging his experience as an exorcist both on air and in writing, Romero emailed Fr. Martins and asked which dioceses gave Fr. Martins the mandate to become an exorcist.

62.     Fr. Martins replied to Romero and instructed him to direct inquirers to Fr. Martins' website[12] where they may request such information personally.

63.     Dissatisfied with his response, Romero then proceeded to reach out to Fr. Martins' religious Order, Companions of the Cross, to ask which diocese appointed Fr. Martins as an exorcist. Romero knew such information was confidential. A true and correct copy of the email between Romero and Fr. Martins is attached hereto as **Exhibit A**.

64.     Romero later explained that part of the reason he reached out to Fr. Martins' religious Order was due to a conversation he and Clement had a few years prior to 2024 regarding Fr. Martins. In recounting that conversation on the November 27th Episode, Romero articulated that Clement previously told him "[Fr. Martins is] not an exorcist" due to the fact that Fr. Martins does not appear in the Liber Christo database. Both knew that a priest does not need to appear on this "database" to perform

---

[12] Treasures of the Church. www.treasuresofthechurch.com. Last visited 11/13/2025.

exorcisms.

65.    Romero received a response from Dede Ayotte, Secretary to the General Superior of Companions of the Cross, which confirmed that Fr. Martins performs exorcisms. The response reads as follows:

> "In answer to your inquiry Fr. Carlos has not been appointed as an exorcist by a particular diocese. His full-time ministry is Treasures of the Church, however, due to his travels, he has been involved in exorcisms with the appropriate permission and or by request of the corresponding bishop."

66.    A true and correct copy of the email between Romero and Companions of the Cross is attached hereto as **Exhibit B.**

67.    In this email, Companions of the Cross accurately described Fr. Martins' status as an exorcist. However, at or around the 14:42 minute mark of the November 27th Episode, Romero does not read the full response he received from Companions of the Cross. Instead, knowing he was lying, he only read aloud the following portion: "Hello Jesse, in answer to your inquiry, Fr. Carlos has not been appointed as an exorcist by a particular diocese. His full-time ministry is Treasures of the Church."

68.    At or around the 17:14 minute mark, Romero continued to intentionally and recklessly publish false statements on the November 27th Episode about Fr. Martins: "I just don't understand why he's purporting to be an exorcist when his Order says he's not." Romero knows Fr. Martins is an exorcist but intentionally or recklessly chose not to read the rest of the email response from Companions of the Cross to perpetuate a false narrative on his podcast that Fr. Martins is a fraud.

69.     At or around the 18:58 minute mark, Romero declared he was familiar with the Pope Leo XIII Institute and took it upon himself to call the Institute "to just make sure, to give [Fr. Martins] the benefit of the doubt. I figured he probably got trained there. And they told me that Father Carlos Martins has never been a student there." Romero knew that he was making a false and defamatory implication about Fr. Martins' status as an exorcist. This misleading statement implies Fr. Martins has no training in exorcism, which is false. There are multiple institutes and educational paths where priests may obtain education in exorcism, aside from the Pope Leo XIII Institute. Romero and Clement concluded that Fr. Martins is not an exorcist because he is not on the Pope Leo XIII Institute alumni list, which is misleading, false, and defamatory.

70.     At or around the 20:55 minute mark, Romero and Clement contemplate the distinction between different types of exorcists, all while maintaining that Fr. Martins is neither. According to the United States Conference of Catholic Bishops, a priest may be appointed to the office of exorcist either on a "stable basis" or for a particular occasion, referred to as "*ad actum*."[13] Both types are considered exorcists. Due to Fr. Martins membership in Companions of the Cross, and his ministry that travels between dioceses, he cannot hold the status of a stable exorcist and has never represented himself as one.

---

[13] *Exorcism*, United States Conference of Catholic Bishops. www.usccb.org/prayer-and-worship/sacraments-and-sacramentals/sacramentals-blessings/exorcism. Last visited 11/13/2025.

71.    The email from Companions of the Cross truthfully informed the Defendants that Fr. Martins is an *ad actum* exorcist by stating "[Fr. Martins'] full-time ministry is Treasures of the Church, however, due to his travels, he has been involved in exorcisms with the appropriate permission and or by request of the corresponding bishop."

72.    Throughout the rest of the November 27th Episode, the Defendants continued to defame Fr. Martins by asserting that Fr. Martins is not an exorcist.

73.    At or around the 35:46 minute mark, Romero repeated the false statement, again, that "[Fr. Martins is] not a mandated exorcist."

74.    At or around the 37:15 minute mark, Romero told Clement that Fr. Martins' work as an exorcist has "hoodwinked" the Catholic world to which Clement responded that Fr. Martins cannot identify as an exorcist: "[s]o when he writes or when he tells a story of experiences when he was an exorcist, that, that title simply is not, he doesn't have that credential canonically. And so he's using the term in a non-canonical way." Romero and Clement knowingly and intentionally lied to discredit Fr. Martins.

75.    At or around the 45:56 minute mark, Romero announced: "[Fr. Martins] also said his role as an exorcist throughout, implying he has been an exorcist throughout the whole time he's been a Catholic priest. Well, I've established that's not true based on the email I received." Romero intentionally misrepresented the contents of the email.

76.    At or around the 41:58 minute mark, Romero once again said that Fr. Martins is not a "mandated exorcist." Then, at or around the 47:21

minute mark, Romero reiterated that Fr. Martins is not an exorcist, rhetorically asking, "how can you train exorcists if you're not an exorcist?" Romero knowingly lied.

77.    At or around the 45:56 minute mark, Romero said: "Father Carlos Martins in a podcast on *Reason and Theology* said he's been an exorcist for almost as long as he's been a Catholic priest, about 20 years. Well, that's not true, according to Companions of the Cross, the email they sent me." Romero consistently lied throughout the November 27th Episode because the email's truth is omitted from his publication.

78.    Throughout the November 27th Episode, Romero and Clement consistently attack Fr. Martins' work and reputation as a religious figure and exorcist. The Defendants' statements go beyond mere opinion as they imply and assert as fact what they know to be false. They consistently assert that Fr. Martins is not an exorcist and that he has misled the public and religious community by calling himself an exorcist. This characterization of Fr. Martins is false, and the Defendants knew it was false since Romero received an email from the Companions of the Cross that certified Fr. Martins is an exorcist who performs exorcisms on an ad actum basis.

79.    These statements harmed Fr. Martins' credibility as a religious figure and exorcist and directly affected the sale and reception of The Exorcist Files book that was newly released at the time these episodes aired. In addition, these statements caused The Exorcist Files to lose advertisers and listeners, which resulted in financial losses.

## I.   DECEMBER 4, 2024 PODCAST EPISODE

80.   On December 4, 2024, Jesus 911 published an episode of the podcast titled "Mandated Exorcist vs Ad Actum Commission" ("December 4th Episode"). In this episode, Romero and Clement acknowledged the significant public response received following their false and defamatory statements about Fr. Martins on the November 27th Episode.

81.   At or around the 18:37 minute mark, Romero read the entire email from Companions of the Cross, including the portion where Fr. Martins is confirmed to be an exorcist because "he has been involved in exorcisms with the appropriate permission and or by request of the corresponding bishop."

82.   Despite the straightforward answer from Companions of the Cross, Romero continued the false and misleading narrative that Fr. Martins is not an exorcist on the December 4th Episode by stating the following: "So my question is, what does that mean... 'involved.' The insinuation from this email or the insinuation from when I see Father Carlos and his website and all the interviews that he's done. He's done all kinds of interviews, and you can see them on the Internet, on his website, in his new book, and on his podcast called The Exorcism [sic: Exorcist] Files. The insinuation when you look at his podcast, when you listen to his interviews, is that he's the lead exorcist involved in cases from beginning to end, and that's not what the email says."

83.   To perpetuate the false narrative, Romero intentionally ignored the plain meaning of the email, which confirms Fr. Martins is an exorcist.

Clement joined Romero to perpetuate this false narrative by declaring that he had never seen Fr. Martins' name come across his desk as the case facilitator for Liber Christo. However, Fr. Martins does not work with Liber Christo and has no reason to report to Liber Christo, Fr. Ripperger, or Clement.

84.    At or around the 30:52 minute mark, Clement incorrectly asserted that every *ad actum* appointment is written down and kept as record, insinuating he could go look at *ad actum* records to verify Fr. Martins is not an exorcist. This is once again misleading and false.

85.    At or around the 32:24 minute mark, Clement said that Fr. Martins has an *ad actum* appointment to hear confessions, clarifying that Fr. Martins can hear confessions from any diocese he visits with approval, but nothing more. This is false because Fr. Martins has and will continue to perform exorcisms on an *ad actum* basis.

86.    At or around the 42:40 minute mark, Romero stated "Fr. Carlos Martins is on video admitting 13 years ago, and the video is all over the Internet, where he explicitly states, quote he's not an exorcist." This is yet another instance where Romero has taken information out of context and falsely asserted various statements to attack and discredit Fr. Martins. The video Romero referred to is a talk Fr. Martins gave at St. Mary Parish in Kitchener, Ontario, Canada. During this talk at the St. Mary Parish, Fr. Martins clarified to the audience that he had no authority to function as an exorcist in that particular diocese since he was assigned to the Archdiocese of Galveston-Houston, a different diocese. Romero knew his statement about

Fr. Martins was a lie.

87.     Throughout the December 10th Episode, Romero and Clement consistently attacked Fr. Martins' work and reputation as a religious figure and exorcist. The Defendants' statements go beyond mere opinion as they imply and assert as fact what they know to be false. Despite reading the full Companions of the Cross email, the Defendants twisted the plain language of the email to discredit and defame Fr. Martins' character, causing significant harm to the Plaintiff's personal and professional life.

## J.    FR. MARTINS HAS SUFFERED SEVERE INJURIES

88.     As a result of the Defendants' statements, implications and omissions as outlined above, Fr. Martins has suffered multiple severe injuries.

89.     The express defamatory statements are defamatory per se and have caused great injury to Fr. Martins' reputation as a priest, author, podcaster, and exorcist. Accordingly, Fr. Martins is entitled to recover presumed damages.

90.     Fr. Martins has also suffered severe emotional distress, including anxiety, sleeplessness, depression, dread, grief, and a sense of hopelessness. These emotions express themselves daily such that Fr. Martins fears he will never be able to regain credibility as a priest, author, podcaster, and exorcist. Everywhere he goes, he fears people believe him to be a fraud, who is not worthy of the priesthood and not to be trusted as an exorcist.

91.     Fr. Martins has also suffered a personal physical injury in the form of dendritic atrophy. Severe emotional distress causes structural

changes to a person's brain making the person more susceptible to anxiety and depression. Fr. Martins' cognitive abilities have been permanently diminished because of the Defendants' conduct. Dendritic atrophy is properly understood to be a brain injury that is permanent in nature.

92.     Fr. Martins' professional stature as an exorcist has been severely injured, which permanently limits his professional standing and ability to earn money. The Defendants' lies have permanently impaired Fr. Martins' speaking, publishing and podcasting opportunities

93.     The Exorcist Files podcast suffered significant financial impacts such as the loss of advertisers and listeners due to the Defendants' statements.

94.     The Exorcist Files book suffered significant financial impacts such as the cancellation of worldwide speaking engagements to what was expected to be a widely anticipated book release.

95.     Fr. Martins has worked hard to cultivate a community where his character and his words are respected. The Defendants' lies have destroyed this, along with Fr. Martins' ability to earn money, preach and evangelize, and to serve as an exorcist.  The offending podcasts are still available and continue to attract listeners.

## CAUSES OF ACTION

### Count 1 – Defamation

96.     The preceding paragraphs are hereby incorporated by reference as if fully realleged herein.

97.    As alleged above, the Defendants' broadcasted statements on the Jesus 911 podcast that can be proven either true or false. The Defendants intended to convey their accusations about Fr. Martins as statements of fact.

98.    Defendants did not publish their statements about Fr. Martins as mere parody or opinion.

99.    Defendants published their false accusations intentionally and with actual malice. Defendants Romero and Clement purposefully omitted the full email they received from Fr. Martins' religious Order to falsely assert that Fr. Martins is not an exorcist.

100.    Third parties heard the statements about Fr. Martins on the podcast. As alleged above, priests and parishioners in Detroit confronted Fr. Martins about the Defendants' statements.

101.    As alleged above, Fr. Martins has suffered significant reputational harm and other damages because of the Defendants' lies and Fr. Martins will continue to suffer perpetual reputational harm and permanent personal physical injuries.

## Count 2 – False Light

102.    The preceding paragraphs are hereby incorporated by reference as if fully realleged herein.

103.    A reasonable person would find the public statements issued by the Defendants to be highly objectionable. As alleged above, the statements portray Fr. Martins as a dishonest and fraudulent person who claims to be an exorcist in order to advance The Exorcist Files podcasts and book. All these statements are false and place the Plaintiff in a false light, harming his

credibility as a religious figure and entrepreneur.

104.    The Defendants acted with actual malice because they knew what they published was false and/or acted with reckless disregard for whether the statements were true or false. When Fr. Martins' religious Order confirmed he was an exorcist, Defendants repeatedly perpetuated the false statement that Fr. Martins is not an exorcist and is thereby deceiving the public by calling himself one.

105.    The Defendants acted with actual malice when they omitted crucial details from the Companions of the Cross email which confirmed the Plaintiff to be an exorcist.

106.    When the Defendants read the full email message on the December 4th Episode, they continued to perpetuate their false narrative by construing and manipulating the context of the email to fit the Defendants' false narrative.

107.    Fr. Martins suffered damages as outlined above.

**WHEREFORE**, Fr. Martins respectfully prays:

(a)    That judgment in excess of the jurisdictional minimum of this Court be entered against the Defendants for substantial compensatory damages in an amount to be determined at trial;

(b)    That the Defendants be held liable for the perpetual reputational harm they have caused Fr. Martins;

(c)    That judgment be entered against the Defendants for compensatory and presumed damages in an amount to be determined at trial;

(d) That judgment be entered against the Defendants for punitive damages in an amount to be determined at trial;

(e) That Fr. Martins recovers pre- and post-judgment interest;

(f) That Fr. Martins recovers his reasonable attorneys' fees and expenses from the Defendants;

(g) For trial by jury on all issues so triable;

(h) That all costs of this action be taxed to the Defendants; and

(i) That the Court grant all such other and further relief that the Court deems just and proper, including equitable relief.

Date: November 17, 2025          Respectfully submitted,

Brooks Wilkins Sharkey & Turco PLLC

*/s/ Michael R. Turco*
Michael R. Turco (P480705)
Michael T. Price (P57229)
401 S. Old Woodward Avenue., Suite 401
Birmingham, Michigan 4009
Tel:  (248) 971-1800
turco@bwst-law.com
price@bwst-law.com

HEMMER WESSELS MCMURTRY PLLC

Todd V. McMurtry (KBA No. 82101)
  *Application for Admission pending*
J. Will Huber (KBA No. 99339)
  *Application for Admission pending*
250 Grandview Drive, Suite 500
Fort Mitchell, KY 41017
Tel: (859) 344-1188
Fax: (859) 578-3869
tmcmurtry@hemmerlaw.com
whuber@hemmerlaw.com

*Attorneys for Plaintiff Fr. Martins*

## JURY DEMAND

Plaintiff Father Carlos Martins demands trial by jury on all issues so triable.

Date:  November 17, 2025

/s/ Michael R. Turco
Michael R. Turco (P48705)
BROOKS WILKINS SHARKEY & TURCO PLLC
*Attorney for Plaintiff Fr. Martins*